Peter Borenstein (SBN 304266)
P.O. Box 885
Culver City, CA 90232
(213) 362-8740 (tel)
(877) 460-3681 (fax)
peter@brnstn.org

Attorney for Plaintiff
GARY GOLDSMITH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GOLDSMITH,<br><br>    Plaintiff,<br>vs.<br><br>CVS PHARMACY, INC.; DOES 1 through 10,<br><br>    Defendants. | Case No. 2:20-cv-00750-AB-JC<br><br>**STATEMENT OF CONFERENCE OF COUNSEL REGARDING PLAINTIFF GARY GOLDSMITH'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO ADD PUNITIVE DAMAGES CLAIM [L.R. 7-3]**<br>**Date:**         June 26, 2020<br>**Time:**         10:00 am<br>**Courtroom:**  7B<br>**Judge:**        The Hon. André Birotte, Jr.<br><br>**Action Filed:**      December 9, 2019<br>**Notice of Removal:** January 24, 2020 |

Plaintiff Gary Goldsmith's Motion for Leave to Amend the Complaint and to Add Punitive Damages Claim is made following this Court's May 5, 2020 order instructing Plaintiff within twenty-one days of the entry of the order to "file documents attempting to make the 'substantial probability' showing required under California Code of Civil Procedure § 425.13" to allege punitive damages for a claim of professional negligence against a healthcare provider. (Dkt. No. 31). Plaintiff understood the Court's instruction to mean that he would need to file a motion for leave to amend the complaint to establish a basis for his claim for punitive damages. As such,

Plaintiff reasoned that the May 5 order was sufficient to satisfy Local Rule 7-3 by giving counsel for Garfield Beach CVS, LLC notice of Plaintiff's anticipated Motion for Leave to Amend the Complaint and to Add Punitive Damages Claim.

Respectfully submitted,

Dated:   5/29/20                                             By:_____
                                                                  Peter Borenstein
                                                                  Attorney for Plaintiff
                                                                  GARY GOLDSMITH