# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: | CV 20-00750-AB (JCx) | Date: | July 8, 2020 |
|---|---|---|---|

| Title: | *Gary Goldsmith v. CVS Pharmacy, Inc. et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order to Show Cause Why Sanctions Should Not be Imposed for Plaintiff Counsel's (1) Failure to Participate in Joint Rule 26(f) Conference and (2) Failure to Timely File a Joint Rule 26(f) Report

In its independently submitted Rule 26(f) Report, counsel for Defendant Garfield Beach CVS, L.L.C. ("Defendant") informs the Court that counsel for Plaintiff Gary Goldsmith's ("Plaintiff"): (1) failed to participate in the Court-ordered Rule 26(f) Conference and (2) failed to cooperate in timely filing a Joint Rule 26(f) Report ("Joint Report").

Accordingly, the Court hereby sets an Order to Show Cause why sanctions should not be imposed on Plaintiff's counsel for these identified failures. Plaintiff's counsel is **ORDERED** to file a declaration under penalty of perjury, not to exceed three pages, due **July 16, 2020** explaining why he (1) failed to participate in the Court-ordered Rule 26(f) Conference and (2) failed to file a timely Joint Report with Defendant's counsel.

Upon review of this declaration, the Court will determine whether to impose sanctions of $500.00 and/or to discharge the Order to Show Cause.

**IT IS SO ORDERED**.