Peter Borenstein (SBN 304266)
P.O. Box 885
Culver City, CA 90232
(213) 362-8740 (tel)
(877) 460-3681 (fax)
peter@brnstn.org

Attorney for Plaintiff
GARY GOLDSMITH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GOLDSMITH, <br><br> Plaintiff, <br><br> vs. <br><br> GARFIELD BEACH CVS, LLC; DOES 1 through 10, <br><br> Defendants. | Case No. 2:20-cv-00750-AB-JC <br><br> **NOTICE OF WITHDRAWAL OF MOTION** |

Notice is hereby given that Plaintiff Gary Goldsmith withdraws, and hereby does withdraw, his motion to enforce settlement agreement, filed June 29, 2021. *See* Dkt. No. 68.

Respectfully submitted,

Dated: 8/19/21          By: _____

                              Peter Borenstein
                              Attorney for Plaintiff
                              GARY GOLDSMITH

NOTICE OF WITHDRAWAL OF MOTION –
GOLDSMITH V. GARFIELD BEACH CVS, LLC, ET AL.
1